**Opinion issued July 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00580-CR

———————————

## IN RE CLAIR A. WOLF, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Clair A. Wolf, has filed a petition for writ of mandamus, seeking to compel the trial court "to set, hear and rule on a properly filed motion."[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 9.5 (requiring all documents filed with court to contain proof of service on all parties),

---

[1] The underlying case is *The State of Texas v. Clair A. Wolf*, cause number 1354683, in the 248th District Court of Harris County, Texas.

52.3 (establishing requirements for contents of petition for writ of mandamus), 52.7 (requiring that petition for writ of mandamus be accompanied by record).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).